UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-52-1BO

UNITED STATES OF AMERICA,

v.

ADEDUS LEAVEIL MCNAIR

ORDER ALLOWING MOTION TO ACCEPT
CORRECTED PLEA AGREEMENT

The matter before the Court is the Joint Motion by the United States of America, and the attorney for the Defendant, Adedus Leaveil McNair, pursuant to Rule 11 for this Court to accept the revised plea agreement filed on September 28, 2011, revising the agreement by correcting the paragraph of dismissal, paragraph 4a., page five. The original plea agreement was reviewed by the Court at sentencing on September 21, 2011, and the original agreement inadvertently referenced a dismissal of Count Three on page five, at 4a., in which count the Defendant was not charged. The parties waive further hearing.

WHEREFORE, based on a review of the Joint Motion, the pleadings herein, and for good cause shown, the Joint Motion hereby is ALLOWED. The Court accepts the modification to the original plea agreement as reflected in the revised agreement filed on September 28, 2011.

SO ORDERED.

This, the ___29___th day of September 2011.

Terrence W. Boyle
UNITED STATES DISTRICT JUDGE